```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHEVELLE TINGEN,                )
                                )  Civil Action
          Plaintiff             )  No. 02-CV-04663
                                )
     vs.                        )
                                )
ROBERT L. ECKLIN, JR.,          )
Individually and doing business )
as ECKLIN DEVELOPMENT GROUP, and)
DENNIS SCHOPF,                  )
                                )
          Defendants            )
```

<u>REFERRAL ORDER FOR SETTLEMENT CONFERENCE</u>

NOW, this 1st day of April, 2003,

<u>          IT IS ORDERED</u> that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference on or after June 2, 2003.

                              BY THE COURT:


                              _____
                              James Knoll Gardner
                              United States District Judge