IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHEVELLE TINGEN | : CIVIL ACTION NO. 02-4663 |
| Plaintiff | : |
| v. | : |
| ECKLIN DEVELOPMENT GROUP, ET AL., | : |
| Defendants | : |

## ENTRY OF APPEARANCE

Please enter the appearance of Gary D. Melchionni, Esquire and Stevens & Lee on behalf of all defendants in the above action. Serve all papers at 25 North Queen Street, Suite 602, P.O. Box 1594, Lancaster, PA 17608-1594.

Notice by copy hereof is given to all counsel of record.

Dated:  May 2, 2003            STEVENS & LEE

                               By _____
                               Gary D. Melchionni, Esquire
                               25 North Queen Street, Suite 602
                               P.O. Box 1594
                               Lancaster, Pennsylvania 17608-1594
                               (717) 291-1031

                               Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHEVELLE TINGEN : | CIVIL ACTION NO. 02-4663 |
| Plaintiff : | |
| v. : | |
| ECKLIN DEVELOPMENT GROUP, ET AL., : | |
| Defendants : | |

CERTIFICATE OF SERVICE

    I, Gary D. Melchionni, Esquire, certify that on this date, I served a certified true and correct copy of the foregoing Entry of Appearance upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

Nina B. Shapiro
53 North Duke Street
Suite 201
Lancaster, PA  17602

Melvin E. Newcomer, Esquire
Kluxen & Newcomer
339 North Duke Street
Lancaster, PA  17602

Dated:  May 2, 2003        STEVENS & LEE

        By: _____
           Gary D. Melchionni
           25 North Queen Street, Suite 602
           P.O. Box 1594
           Lancaster, Pennsylvania 17608-1594
           (717) 291-1031

        Attorneys for Defendants