IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHEVELLE TINGEN, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 02-4663 |
| | : | |
| ROBERT L. ECKLIN, JR., ECKLIN DEVELOPMENT GROUP and DENNIS SCHOPF, | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

      I, Gary D. Melchionni, Esquire, hereby certify that I have served on this date defendants' Unopposed Motion for Extension of Time and proposed Order via first class mail upon the following at the address indicated below:

      Nina B. Shapiro, Esquire
      53 North Duke Street
      Suite 201
      Lancaster, PA  17602

      Melvin E. Newcomer, Esquire
      Kluxen & Newcomer
      339 North Duke Street
      Lancaster, PA  17602

      _____
      Gary D. Melchionni, Esquire

Date: May 6, 2003