IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHEVELLE TINGEN, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 02-4663 |
| | : | |
| ROBERT L. ECKLIN, JR., ECKLIN DEVELOPMENT GROUP and DENNIS SCHOPF, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW this _____ day of May, 2003, by agreement of the parties and for good cause shown, Defendants' motion for extension of time in which the parties are to be deposed is granted.

BY THE COURT

_____
James Knoll Gardner, J.