<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
CHEVELLE TINGEN,                    )
                                    )   Civil Action
          Plaintiff                 )   No. 02-CV-04663
                                    )
     vs.                            )
                                    )
ROBERT L. ECKLIN, JR.,              )
Individually and doing business     )
as ECKLIN DEVELOPMENT GROUP, and    )
DENNIS SCHOPF,                      )
                                    )
          Defendants                )
```

\* \* \*

<u>O R D E R</u>

NOW, this 4th day of June, 2003, upon consideration of the Unopposed Motion for Extension of Time filed May 7, 2003, which motion seeks an extension of time in which to conduct depositions of the parties; it appearing that by Rule 16 Status Conference Order of the undersigned dated March 20, 2003 the parties have until May 30, 2003 to conduct depositions of each other; it further appearing that the within motion does not seek to extend any other deadlines,

<u>IT IS ORDERED</u> that the motion is granted.

<u>IT IS FURTHER ORDERED</u> that depositions of all parties shall be completed by June 20, 2003.

<u>IT IS FURTHER ORDERED</u> that in all other respects the deadlines set in our Rule 16 Status Conference Order remain in full force and effect.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge