IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHEVELLE TINGEN,                    :<br>            Plaintiff        :<br>                                             :     CIVIL ACTION No. 02-4663<br>    vs.                                     :<br>                                             :<br>ROBERT L. ECKLIN, JR., Individually and   :<br>doing business as ECKLIN GROUP and   :<br>DENNIS SCHOPF,                    :<br>            Defendants    : | |

**DECLARATION OF ROBERT L. ECKLIN, JR.**

I, Robert L. Ecklin, Jr., hereby declare that the following facts are true and correct:

1. I am the sole owner of the Ecklin Group and have been since its inception.

2. The Ecklin Group is a fictitious name registered with the Pennsylvania Department of State Corporation Bureau, as is evidenced by Exhibit 1 hereto.

3. Ecklin Group is also referred to interchangeably as Ecklin Development. Ecklin Development, LLC is a domestic limited liability company, as is evidenced by Exhibit 2 attached hereto. For all practical purposes, Ecklin Development and Ecklin Group are the same.

4. In year 2000, Ecklin Group employed 6 individuals. The payroll information attached as Exhibit 3 is evidence that the Ecklin Group employed 6 individuals. Those individuals were Elias Nieves, Dennis Schopf, Chevelle Tingen, Zulma Cora, Mark McCardell and Charlene Kulesa.

5. Ecklin Group owns and operates real estate in downtown Lancaster. One of the properties that it operates is the Greist Building located at 8 North Queen Street, Lancaster, PA 17603. The Ecklin Group's offices are located at Suite 301 in the Greist Building.

6. Stoner, Inc. is a Pennsylvania corporation of which I am the sole shareholder. Stoner, Inc. is a manufacturing company located at 1070 Robert Fulton Highway, Quarryville, Pennsylvania 17566.

7. Stoner, Inc. manufactures lubricants for industrial uses and sells its products nationally.

8. Stoner, Inc. employs approximately 45 to 50 individuals. None of the employees of the Ecklin Group have any responsibility, duties, or connection to Stoner, Inc. Similarly, no employees of Stoner, Inc. have any responsibility, duties, or connection to the Ecklin Group.

9. Ecklin Group has its own benefits plans for its employees. The plans are separate and distinct from the benefits plans at Stoner, Inc. Copies of the covers of the Ecklin Group's plan booklets are attached hereto as Exhibit 4.

10. I am also a partner in a partnership called Stoner Estates. I am partners with my parents, Robert L. Ecklin and Loretta S. Ecklin.

11. Stoner Estates owns three properties in Quarryville, all commercial. One of the properties that is owned by Stoner Estates is where Stoner, Inc. manufacturing facilities are located.

12. The other two properties are also located in Quarryville, at 215 East State Street and 209 East State Street, Quarryville, Pennsylvania 17566.

13. There are no employees of Stoner Estates. The employees of Ecklin Group provide the maintenance for the properties owned by Stoner Estates. This is consistent with the Ecklin Group's purpose (i.e., operation of buildings).

14. Details is a retail store located at 30 North Queen Street, Lancaster, Pennsylvania 17603. It is a proprietorship owned by my wife, Ruth Ecklin.

2

15. Pappagallo is a women's clothing retail store owned by my wife, Ruth Ecklin, located at 28 West Orange Street, Lancaster, Pennsylvania 17603. It is a proprietorship.

16. The notes of my investigation regarding Chevelle Tingen's allegations, marked as an Exhibit in my Deposition, are not on the "letterhead" of the Ecklin Group as claimed by Plaintiff. In or about 1998, I thought that I could use a letterhead to communicate all of the entities in which I was an investor. The paper was printed but was never used. In fact, it has the incorrect telephone number printed on it. Since then, and including the year 2000, this old stationary is used as scrap paper, for example, to make notes of my investigation of Plaintiff's sex harassment complaint in her letter of resignation. Since the existence of the entities listed on the scrap paper and continuing to date, the entities have each had their own independent letterheads.

17. Stoner Decorating Center is a proprietorship located in Quarryville, Pennsylvania. It was owned by Stoner, Inc. until 2002.

18. Ecklin and Ecklin Investments is a general partnership owned by me and my father. It owns 3 properties in downtown Lancaster, Pennsylvania. It has no employees.

19. Courser is a small manufacturing company in New York. It is a C corporation and I am a minority investor.

I declare, under the penalty of perjury, that the foregoing is true and correct.

_____
Robert L. Ecklin, Jr.