IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHEVELLE TINGEN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4663 |
| | : | |
| ROBERT L. ECKLIN, JR., et al., | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this _____ day of August, 2003, after a telephonic discovery conference on August 4, 2003, it is hereby ORDERED that Defendants' Motion to Quash the Subpoena of Ruth Ecklin is DENIED.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE