**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHEVELLE TINGEN,                          :
                Plaintiff,     :    CIVIL ACTION
                              :
       v.                                :    NO. 02-4663
                              :
ROBERT L. ECKLIN, JR., et al.,           :
                Defendant.    :

## ORDER

AND NOW, this ＿＿＿＿ day of August, 2003, after a telephonic discovery conference on August 4, 2003, it is hereby ORDERED that Plaintiff's letter Motion is GRANTED in part and DENIED in part as follows:

1.     Plaintiff's request for financial records of various entities is GRANTED to the extent that Defendants shall supply Plaintiff with financial records of the Ecklin Group and the Griest Building on or before Friday, August 8, 2003;

2.     Plaintiff's request to take the deposition of Ruth L. Ecklin is GRANTED, and that deposition may be scheduled at the earliest convenient agreed date; and

3.     Plaintiff's request for the Employee Print-Out of Dennis Schopf is DENIED.

BY THE COURT:


＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE