IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHEVELLE TINGEN,  :  <br>  Plaintiff  :  <br>  : CIVIL ACTION No. 02-4663 <br> vs.  :  <br>  :  <br> ROBERT L. ECKLIN, JR., Individually and  :  <br> doing business as ECKLIN DEVELOPMENT  :  <br> GROUP and DENNIS SCHOPF,  :  <br>  Defendants  :  | |

**APPENDIX TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

 

STEVENS & LEE

Gary D. Melchionni
Joseph D. Shelby
Suite 602
25 North Queen Street
Lancaster, PA 17603

Dated:  September 3, 2003         Attorneys for Defendants

# TABLE OF CONTENTS

| Tab | Description |
|---|---|
| A. | Deposition of Chevelle Tingen (transcript) |
| B. | Deposition of Robert L. Ecklin, Jr. (transcript and cited exhibits) |
|    | 1. Dep. Ex. E-3 |
|    | 2. Dep. Ex. E-2 |
|    | 3. Dep. Ex. E-7 |
|    | 4. Dep. Ex. E-10 |
| C. | Deposition of Dennis Schopf (transcript) |
| D. | Deposition of Maribel Velez (transcript) |
| E. | Declaration of Robert L. Ecklin, Jr. |
| F. | Declaration of Edward M. Sager |
| G. | Cover Pages for Ecklin Group Benefits' Plans |
| H. | 1999 Payroll Records for the Ecklin Group |
| I. | 2000 Payroll Records for the Ecklin Group |

## CERTIFICATE OF SERVICE

I, JOSEPH D. SHELBY, ESQUIRE, certify that on this date, I served a true and correct copy of the foregoing APPENDIX TO DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT upon the Plaintiff's attorney, via hand delivery at the following address:

>   Nina B. Shapiro, Esquire
>   53 North Duke Street
>   Suite 201
>   Lancaster, PA  17602

　　　　　　　　　　　　　　　　　　　　　　　Joseph D. Shelby

Dated:  September 3, 2003

SL1 375792v1/40509.001