<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| CHEVELLE TINGEN,             ) | |
|                              ) | Civil Action |
|            Plaintiff         ) | No. 02-CV-04663 |
|                              ) | |
|     vs.                      ) | |
|                              ) | |
| ROBERT L. ECKLIN, JR.,       ) | |
| Individually and doing business ) | |
| as ECKLIN DEVELOPMENT GROUP, and ) | |
| DENNIS SCHOPF,               ) | |
|                              ) | |
|            Defendants        ) | |

<u>O R D E R</u>

NOW, this 3rd day of September, 2003, upon consideration of Plaintiff's Petition for Sanctions, which petition was filed August 28, 2003; it appearing plaintiff alleges that defendants have not complied with the August 5, 2003 Order of United States Magistrate Judge Arnold C. Rapoport, which Order directed defendants to on or before August 8, 2003 produce to plaintiff financial records of the Ecklin Group and the Greist Building,_____

_____<u>IT IS ORDERED</u> that because plaintiff's motion for sanctions is from an Order issued by Magistrate Judge Rapoport, plaintiff's motion is referred to Magistrate Judge Arnold C. Rapoport for disposition.

                                  BY THE COURT:


                                  _____
                                  James Knoll Gardner
                                  United States District Judge