| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
|  | 1 | Plaintiff's Letter of Resignation (Plaintiff's Depo. Ex. 8) |  |  |  |  |
|  | 2 | July 21, 2000 letter from Robert Ecklin to Plaintiff (Plaintiff's Depo. Ex. 9) |  |  |  |  |
|  | 3 | Photographs of Plaintiff and Plaintiff's sister (copy of photograph is Plaintiff's Depo. Ex. 11) |  |  |  |  |
|  | 4 | Photographs of Plaintiff's son (copy of photograph is Plaintiff's Depo. Ex. 11) |  |  |  |  |
|  | 5 | October 30, 1996 letter from PP&L to Plaintiff with PP&L Bill attached (Plaintiff's Dep. Ex. 12) |  |  |  |  |
|  | 6 | Birthday card from Plaintiff to Dennis Schopf (copy of card is Plaintiff's Depo. Ex. 13) |  |  |  |  |
|  | 7 | Shot glass (copy of glass is Plaintiff's Depo. Ex. 14) |  |  |  |  |
|  | 8 | Chocolate rose (copy of rose is Plaintiff's Depo. Ex. 15) |  |  |  |  |
|  | 9 | Photograph of Plaintiff (copy of photograph is Schopf Dep. Ex. 3) |  |  |  |  |
|  | 10 | Report of Jerome I. Gottlieb, M.D. |  |  |  |  |