# CURRICULUM VITAE

## JEROME I. GOTTLIEB, M.D., F.A.P.A.

211 Granite Run Drive
Lancaster, PA 17601
Tel. (717) 290-4003
Fax (717) 2890-4004
Email Jigottli@lancastergeneral.org

1841 Beverly Drive (home)
Lancaster, PA
(717) 569-5368

Date of birth: 04-23-48
Birthplace: McKeesport, PA
Marital Status: Married; parent

## EDUCATION

B.A. Chemistry, Magna Cum Laude, Washington and Jefferson College, 1970.

M.D. Georgetown University Medical School, with honors in Psychiatry, 1974.

Psychiatric Residency, Georgetown University Medical Center, 1974 – '77.

Chief Resident, Department of Psychiatry, Georgetown University Medical Center, 1977.

## PROFESSIONAL ACTIVITIES

**Vice President and Chief Operating Office, Lancaster General Medical Group, Lancaster, PA, 2002-present.** Responsible for all aspects of day-to-day operations of Lancaster General Corporation's medical group, which consists of 16 practices. Duties include oversight of patient care, financial performance, customer service and relationships with Lancaster General Corporation affiliates.

**Private forensic and consultative psychiatric practice, Lancaster-based at address above.** Perform evaluations for the courts, attorneys and IMEs for insurance companies. Also provide second psychiatric opinions for other Lancaster mental health care providers. This is concurrent with position listed above, maintaining a continuing clinical component to work.

**Private Practice, Wyomissing, PA, 2000-'02.**
I returned to private practice in July 2000 to focus on Adult and Adolescent Clinical Psychiatry, and Forensic Psychiatry. Continued to consult administratively for Lancaster General Medical Group. (See LBHN description)

**Medical Staff Member, The Reading Hospital, 2000-'02.**

**Medical Director, Partnership for Behavioral Health, 1998- 2000.**
PBH is a non-profit partnership between two large provider groups. My duties included the integration of services within the two provider groups, overseeing the Performance Improvement Committee, and supervision of Level of Care determinations by the Assessment and Referral Service (a triage service).

**Medical Director, Lancaster Behavioral Health Network, 1995 - 2000**
Lancaster Behavioral Health Network is the behavioral health provider for Lancaster General Medical Group, an integrated delivery system. I was responsible administratively

for 6 psychiatrists and 9 masters' level therapists and oversaw the clinical quality for outpatient, inpatient, and intensive outpatient programs for both mental health and chemical dependency. I also maintained a clinical and forensic practice approximately 65% of the time

**Medical Director, Quest Behavioral Health, York, PA, 1997 – '98**
Quest was a non-profit Regional Behavioral Managed Care Corporation for six area hospital systems. I was instrumental in spearheading the start-up phase of the Utilization Management process, the Performance Improvement Committee, the Peer Review process, the Criteria for Levels of Care, and the Credentials Committee.

**Chairman, Department of Psychiatry, Lancaster General Hospital, 1993 – '95, and 1986.**

**Private Practice, Lancaster, PA, 1984 – 1995.**
I was the senior partner and practice manager. Clinical practice included patients from Adolescence to Geriatrics. Forensic work comprised approximately 5% of my practice.

**Medical Staff Member, Lancaster General Hospital (1984-present); Courtesy Staff Member, St. Joseph's Hospital, Lancaster, PA, 1984 – 2000.**

**Private Practice, Fairfax, VA, 1978 - 84.**
I, in partnership with another psychiatrist, developed a multi-practitioner group, which became the Northern Virginia Psychiatric Group. The practice focused on treatment of adults and adolescents. Approximately 10% of my personal caseload was forensic.

**Medical Staff Member, Fairfax Hospital; Dominion Psychiatric Treatment Center; Commonwealth Hospital; and the Psychiatric Institute of Washington, D.C., 1978 - 1984.**

**Staff Psychiatrist for Woodburn Community Mental Health Center, Fairfax, VA, 1977 - 1978.**

## ACADEMIC POSITIONS

Clinical Assistant Professor of Psychiatry, Georgetown University Medical School, Washington, D.C., 1977 - present.

Clinical Assistant Professor of Psychiatry, Temple University Medical School, Philadelphia, PA, 1986 - present.

## PROFESSIONAL APPOINTMENTS

Consultant to Student Health Services, Millersville University, Lancaster, PA, 1997 – 2000.

Consultant for the Lancaster School District, Lancaster, PA, 1987 – '88.

Consultant for Hospice of Lancaster County, Lancaster, PA, 1986 – '88.

Consultant for the Bureau of Disability Determination, Lancaster, PA, 1985 – '86.

Consultant for Security Division, U.S. Department of Energy, Washington, D.C., 1980 – '86.

Member of Forensic Psychiatry Service, Georgetown University Hospital, 1984.

Panel Member, American Association of Medico-Legal Consultants, Washington, D.C., 1983.

Consultant to the Chesapeake & Potomac Telephone Company, 1980 – '84.

Consultant to the Crossroads Drug Rehabilitation Center, Fairfax, VA, 1982 – '84.

Consultant to the Pastoral Counseling Center of Northern Virginia, 1980 – '84.

Consultant to the Madeira School for Girls, Great Falls, VA, 1979 – '81.

Consultant to the National Foundation for Multiple Sclerosis, Washington, D.C., 1977 – '79.

## COMMITTEES

Steering Committee for Lancaster General Medical Group, Lancaster, PA, 1997 - 2000. This committee functioned as the executive committee for a group of primary and specialty care physicians.

Physician Leadership Group, Lancaster Health Alliance, Lancaster, PA, 1998 - 2000. This group worked in an advisory capacity to the CEO of the Lancaster Health Alliance. It was designed to promote physician leadership.

Intern and Residents' Education Committee, Lancaster General Hospital, Lancaster, PA, 1984 – '86.

Utilization Review Committee, Fairfax Hospital, Fairfax, VA, 1977 – '84.

Physician Advisor, Fairfax Hospital, Fairfax, VA, 1982 – '84.

## MEDICAL LICENSURE AND CERTIFICATION

1983    Fellow of American Psychiatric Association

1984    State of Pennsylvania

1978    Diplomate, American Board of Psychiatry and Neurology
1977    State of Virginia; District of Columbia

1976    State of Maryland

1975    Diplomate, National Board of Medical Examiners

## PROFESSIONAL SOCIETIES

American Psychiatric Association

American Society of Adolescent Psychiatry

American Academy of Psychiatry and the Law

Pennsylvania Medical Society

Lancaster County Medical Society, 1984-2000.

## PUBLICATIONS

"Multiple Personality: A Continuing Enigma," Current Concepts in Psychiatry; February, 1977.

"Phenothiazine-Induced Priapism: A Case Report," American Journal of Psychiatry; December, 1977.

[*Updated 8/02.*]