IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHEVELLE TINGEN,                    :
              Plaintiff,            :    CIVIL ACTION
                                    :
         v.                         :    NO. 02-4663
                                    :
ROBERT L. ECKLIN, JR., et al.,      :
              Defendant.            :
```

**ORDER**

AND NOW, this         day of September, 2003, upon consideration of Plaintiff's Motion for Sanctions (Docket Entry #21) and after a telephonic discovery conference on September 26, 2003, with counsel, the Court finds that Defendant has complied with this Court's Order issued August 5, 2003.  Until such time as Plaintiff has met her burden of showing that Defendant's conduct warrants punitive damages, Plaintiff's request for financial information that would be necessary to determine punitive damages is premature.  Accordingly, it is hereby ORDERED that Plaintiff's Motion is DENIED.

                              BY THE COURT:


                              _____
                              ARNOLD C. RAPOPORT
                              UNITED STATES MAGISTRATE JUDGE