**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHEVELLE TINGEN,                                      Plaintiff | : <br> : <br> :   CIVIL ACTION No. 02-4663 |
| vs. | : <br> : |
| ROBERT L. ECKLIN, JR., Individually and doing business as ECKLIN DEVELOPMENT GROUP and DENNIS SCHOPF,                      Defendants | : <br> : <br> : <br> : |

### **PROPOSED ORDER**

AND NOW, this _____ day of _____, 2003, it is hereby ordered that Defendants' Motion for Leave of Court to File a Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment is GRANTED.

 

BY THE COURT:

_____
                                                                                                         J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHEVELLE TINGEN, : | |
|       Plaintiff : | |
| : | CIVIL ACTION No. 02-4663 |
| vs. : | |
| : | |
| ROBERT L. ECKLIN, JR., Individually and : | |
| doing business as ECKLIN DEVELOPMENT : | |
| GROUP and DENNIS SCHOPF, : | |
|       Defendants : | |

**<u>PROPOSED ORDER</u>**

AND NOW, this _____ day of _____, 2003, it is hereby ordered that Defendants' Motion to Strike Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment is GRANTED.

BY THE COURT:

_____
                                                                                                  J.