IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHEVELLE TINGEN,                   )
                                   ) Civil Action
            Plaintiff              ) No. 02-CV-04663
                                   )
      vs.                          )
                                   )
ROBERT L. ECKLIN, JR.,             )
Individually and doing business    )
as ECKLIN DEVELOPMENT GROUP, and   )
DENNIS SCHOPF,                     )
                                   )
            Defendants             )

O R D E R

NOW, this 8th day of October, 2003, upon consideration of the Defendants' Motion to Strike Plaintiff's Response in Opposition to defendants' Motion for Summary Judgment or, in the Alternative, Motion for Leave of Court to File a Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment, which motion was filed October 2, 2003; it appearing after review of the docket entries in this matter that on September 26, 2003 plaintiff timely filed her response to defendants' motion for summary judgment with the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania_____

_____IT IS ORDERED that defendants' motion is granted in part and denied in part.

IT IS FURTHER ORDERED that defendants' motion to strike plaintiff's response to its motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendants' request for leave to file a reply brief to plaintiff's response to defendants' motion for summary judgment is granted.

IT IS FURTHER ORDERED that on or before October 13, 2003 defendants may file a reply brief, not to exceed seven pages in length.  There will be no surreply.

BY THE COURT:

James Knoll Gardner
United States District Judge