```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHEVELLE TINGEN,                  )
                                  )  Civil Action
            Plaintiff             )  No. 02-CV-04663
                                  )
     vs.                          )
                                  )
ROBERT L. ECKLIN, JR.,            )
Individually and doing business   )
as ECKLIN DEVELOPMENT GROUP, and  )
DENNIS SCHOPF,                    )
                                  )
            Defendants            )
```

ARGUMENT SCHEDULING ORDER

NOW, this 10th day of October, 2003,

IT IS ORDERED that oral argument is scheduled before Judge James Knoll Gardner on Friday, January 23, 2004, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on Defendants' Motion for Summary Judgment, filed September 4, 2003.

IT IS FURTHER ORDERED that not later than seven days before the argument date each party shall submit to Judge Gardner[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.[2]

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall

---

[1] The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov

[2] Ordinarily each party shall have 20 minutes to present oral argument unless more time is allotted, or less time is directed, by Judge Gardner.  There will be no rebuttal argument unless Judge Gardner requests it.

be signed by one counsel of record for each represented party and by each unrepresented party. Continuance requests shall be submitted at least ten days prior to the argument on a form approved by Judge Gardner.

By:

_____
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457