```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CHEVELLE TINGEN,                    )
                                    ) Civil Action
              Plaintiff             ) No. 02-CV-04663
                                    )
       vs.                          )
                                    )
ROBERT L. ECKLIN, JR.,              )
Individually and doing business     )
as ECKLIN DEVELOPMENT GROUP, and    )
DENNIS SCHOPF,                      )
                                    )
              Defendants            )

<u>AMENDED ARGUMENT SCHEDULING ORDER</u>

NOW, this 17th day of December, 2003, it appearing by Argument Scheduling Order dated and filed October 10, 2003, an argument was scheduled for Friday, January 23, 2004, at 9:30 o'clock a.m.; it further appearing the **date and time is amended**,

<u>       IT IS ORDERED</u> that oral argument is scheduled before Judge James Knoll Gardner on Wednesday, January 21, 2004, at 3:00 o'clock p.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on Defendants' Motion for Summary Judgment, filed September 4, 2003.

<u>IT IS FURTHER ORDERED</u> that in all other respects the Argument Scheduling Order dated and filed October 10, 2003 shall remain in full force and effect.

By:

_____
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457