<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
CHEVELLE TINGEN,                    )
                                    )  Civil Action
           Plaintiff                )  No. 02-CV-04663
                                    )
     vs.                            )
                                    )
ROBERT L. ECKLIN, JR.,              )
Individually and doing business     )
as ECKLIN DEVELOPMENT GROUP, and    )
DENNIS SCHOPF,                      )
                                    )
           Defendants               )
```

<u>O R D E R</u>

NOW, this 20th day of January, 2004, upon consideration of Plaintiff's Motion in Limine to Exclude and Preclude All Evidence, Testimony and Reference to Plaintiff's Past and Present Sexual Behavior, which motion was filed September 15, 2003, and is unopposed,

<u>        IT IS ORDERED</u> that plaintiff's motion is granted as unopposed.

<u>IT IS FURTHER ORDERED</u> that defendant is precluded from introducing any evidence, testimony or reference to plaintiff's past or present sexual behavior at the trial of this matter.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge