<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
CHEVELLE TINGEN,                    )
                                    )   Civil Action
              Plaintiff            )   No. 02-CV-04663
                                    )
         vs.                        )
                                    )
ROBERT L. ECKLIN, JR.,              )
Individually and doing business    )
as ECKLIN DEVELOPMENT GROUP, and   )
DENNIS SCHOPF,                      )
                                    )
              Defendants            )
```

<u>O R D E R</u>

NOW, this 17th day of January, 2004, upon consideration of Plaintiff's Motion in Limine and Motion to Strike Testimony of Tina Herr filed September 15, 2003, which motion is unopposed; it appearing that Tina Herr is not listed as a potential witness in Defendant's Pretrial Memorandum filed September 15, 2003,

<u>IT IS ORDERED</u> that plaintiff's motion is granted in part and denied as moot in part.

<u>IT IS FURTHER ORDERED</u> that plaintiff's motion in limine is granted as uncontested.

<u>IT IS FURTHER ORDERED</u> that defendant is precluded from calling Tina Herr as a witness or producing any evidence regarding Miss Herr at the trial of this matter.

IT IS FURTHER ORDERED that plaintiff's motion to strike
Tina Herr's deposition from the record is denied as moot.[1]


                        BY THE COURT:


                        _____
                        James Knoll Gardner
                        United States District Judge

---

    [1]    It is unnecessary to strike Miss Herr's deposition from the record
of this matter because it is not a part of the record in this case.  The only
place that any of the deposition transcript has been filed in this matter is
as an exhibit to plaintiff's within motion.  Moreover, plaintiff only
submitted one page from the deposition transcript.  Because defendant did not
respond to the within motion and because defendant did not include Miss Herr
as a potential witness at the trial of this case, we granted plaintiff's
motion in limine above.  However, because Miss Herr will not be called as a
witness by defendants and because her deposition testimony will not be
admitted at trial, it is not necessary to strike her deposition testimony.
Accordingly, we deny plaintiff's motion to strike as moot.