IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
JAMES KNOLL GARDNER, DISTRICT JUDGE

**APPLICATION FOR CONTINUANCE**

**INSTRUCTIONS:**
1. Please type or print legibly.
2. Counsel of record and unrepresented parties must sign.
3. Applying counsel or unrepresented party shall (a) complete Sections I, II and III; (b) obtain a new date certain from Judge Gardner's chambers; (c) obtain agreement of all counsel and unrepresented parties to the new date; and (d) insert new agreed date and time on the "DATE/TIME" line in Section V.
4. Other counsel of record and unrepresented parties shall complete Section IV, indicating whether "UNOPPOSED" or "OPPOSED", and specifying the reasons for any opposition.
5. This form may be submitted in multiple parts.

**I.   APPLICATION IS MADE TO CONTINUE THE FOLLOWING CASE(S):**

Chevelle Tingen  vs  Robert L. Ecklin, Jr. d/b/a Ecklin Group, et. al.

CASE NO: Civil 02-4663
COMPANION CASE NO(S):

CASE SCHEDULED ON  DATE February 23, 2004  TIME _____

BEFORE JUDGE JAMES KNOLL GARDNER

TYPE OF PROCEEDING (CHECK BELOW)

☐ ARGUMENT          ☐ NON-JURY TRIAL       ☐ RULE 16 OFFICE              ☐ SENTENCING
                                            PRE-TRIAL CONFERENCE
☐ HEARING           ☐ PLEA HEARING                                        ☐ SETTLEMENT CONFERENCE
                                            ☐ RULE 16 TELEPHONE
☒ JURY TRIAL        ☐ RULE 16 OFFICE       STATUS CONFERENCE              ☐ OTHER _____
                    STATUS CONFERENCE
                                            ☐ RULE 16 TELEPHONE
                                            PRE-TRIAL CONFERENCE

**II.  NUMBER OF PREVIOUS CONTINUANCES** __0__ **BY PLAINTIFF** __0__ **BY DEFENDANT** __0__  By Cou
           BY THIRD PARTY PLAINTIFF _____     BY THIRD PARTY DEFENDANT _____  10/20,

**III. APPLICATION IS MADE FOR THE FOLLOWING REASON(S):** Motion for Summary Judgment pending which questions jurisdiction of Court to hear case at all.

Gary D. Melchionni  /s/    2/13/04    Defendants
APPLYING PARTY: PLEASE PRINT AND SIGN     DATE       REPRESENTING
Telephone: (717) 291-1031

**IV.  APPLICATION IS UNOPPOSED/OPPOSED FOR THE FOLLOWING REASON(S):**

Nina B. Shapiro  /s/     2/13/04    Plaintiff
OPPOSING PARTY: PLEASE PRINT AND SIGN    DATE      REPRESENTING
Telephone: (717) 399-8720

_____  _____  _____
OPPOSING PARTY: PLEASE PRINT AND SIGN    DATE      REPRESENTING
Telephone: _____

**V.   ACTION TAKEN BY THE COURT:**  NOW, _____
☐ APPLICATION IS GRANTED AND THE CASE IS CONTINUED    ☐ APPLICATION DENIED
                                                      ☐ NO FURTHER CONTINUANCES
☒ TO   May 24, 2003
       DATE/TIME

_____
JUDGE