IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHEVELLE TINGEN,                    )
                                    )   Civil Action
              Plaintiff             )   No. 02-CV-04663
                                    )
       vs.                          )
                                    )
ROBERT L. ECKLIN, JR.,              )
Individually and doing business     )
as ECKLIN DEVELOPMENT GROUP, and    )
DENNIS SCHOPF,                      )
                                    )
              Defendants            )

                    O R D E R

       NOW, this 20th day of May, 2004, it appearing after
settlement conference held this date with counsel of record for
both parties that the issues between plaintiff Chevelle Tingen
and defendants have been settled, and upon Order of the court
pursuant to the provisions of Rule 41.1(b) of the Rules of Civil
Procedure for the United States District Court for the Eastern
District of Pennsylvania effective July 1, 1995,

       IT IS ORDERED that this action is dismissed with
prejudice, without costs.

       IT IS FURTHER ORDERED that the undersigned shall retain
jurisdiction over the settlement of this matter until
November 22, 2004.

                    BY THE COURT:


                    _____
                    James Knoll Gardner
                    United States District Judge